**2006–0378. State ex rel. McCray v. West.**
Hamilton App. No. C–050955. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. It appears from the records of this court that appellant has not filed a merit brief, due April 27, 2006, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause is dismissed sua sponte.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *May 4, 2006*

[Cite as *05/04/2006 Case Announcements*, 2006-Ohio-2192.]

## MOTION AND PROCEDURAL RULINGS

**2005–2436. State v. Trimble.**
Portage C.P. 2005CR0022. This cause is pending before the court as a death penalty appeal from the Portage County Court of Common Pleas. Upon consideration of appellant's motion for an extension of time to transmit the record,

IT IS ORDERED that the motion is granted, and the time for transmitting the record is hereby extended to May 31, 2006.

## MISCELLANEOUS DISMISSALS

**2006–0464. State ex rel. Untied v. Common Pleas Court of Muskingum Cty.**
Muskingum App. No. CT2005-0042. This cause is pending before the court as an appeal from the Court of Appeals for Muskingum County. It appears from the records of the court that the appellant has not filed a merit brief, due May 1, 2006, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause is, dismissed sua sponte.

**2006–0478. Medlink Group, Inc. v. Glickman.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.